UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAROLD W. GUTCH

v.

FEDERAL REPUBLIC OF GERMANY

Civil Action No

05 2338 RMU

## RETURN OF SERVICE

I, Dr. Ulrike Gutch, hereby declare that on the 7th of Dec 2005, I mailed the summons and a copy of the complaint, certified mail return receipt requested to defendant, the embassy of the Federal Republic of Germany, Washington D.C. As the green card has not been returned to me yet and as unfortunely I have to leave for Germany today, I attach to this the verification of the post office that the registered mail was in fact delivered to the German embassy on 8th Dec 2005 at 11:57 and signed in by the recipient G. Schmlus.
I hope that the green card will be sent to me to my address in Germany. Once I will receive it I will transmit it immediately to the court.

Ulrike F. Gutch
Dr. Ulrike F. Gutch
Altdorferstrasse 29
93105 Tegernheim
Germany
tel.: +49-9403-573

RECEIVED
DEC 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



## Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** EQ49 3064 165U S  **Date/Time Mailed:** 12/07/2005 14:10

**Destination** **ZIP Code:** 20007  **City:** WASHINGTON  **State:** DC
**Origin** **ZIP Code:** 20004-2403  **City:** WASHINGTON  **State:** DC

**Class:** Express Mail - PO to addressee
**Scheduled Delivery Date:** 12/08/2005 12:00
**Weight:** 5 lb(s) 1 oz(s)  **Postage:** $30.40
**Firm Book ID:** 51K5 3118 6000 0008 6733
**Delv Rqmt:** Normal  **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| RETURN RECEIPT | | $1.75 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 12/08/2005 11:57 | WASHINGTON, DC 20007 | J831359 |
| | Firm Name: GERMAN | | |
| | Recipient: 'G SCHMLUS' | | |
| | Request Delivery Record | | |
| | (A PS Form 3849, Delivery Receipt, has not been appended to this record. If the item was recently delivered, the Delivery Receipt may not yet have been scanned.) | | |
| ARRIVAL AT UNIT | 12/08/2005 10:46 | WASHINGTON, DC 20008 | K531186 |
| ENROUTE | 12/07/2005 20:56 | WASHINGTON, DC 20045 | K158590 |
| ENROUTE | 12/07/2005 17:59 | WASHINGTON, DC 20074 | K965952 |
| ACCEPT OR PICKUP | 12/07/2005 14:11 | WASHINGTON, DC 20004 | |
| ACCEPT OR PICKUP | 12/07/2005 14:10 | WASHINGTON, DC 20004 | |

Enter Request Type and Item Number:

Quick Search ⦿   Extensive Search ◯

Explanation of Quick and Extensive Searches

[ Submit ]

Version 1.0

Inquire on multiple items.



```
              BENJAMIN FRANKLIN STATION
              WASHINGTON, District of Columbia
                      200042403
                   1050050205-0092
12/07/2005        (202)523-2386       02:15:48 PM

─────────────── Sales Receipt ───────────────
Product           Sale    Unit          Final
Description       Qty     Price         Price

WASHINGTON DC 20007                      $30.40
Express Mail PO-ADD
  Serial Number   EQ493064165US
  Next Day Noon  / Normal
  Delivery
                                       ========
                     Issue PVI:          $30.40

WASHINGTON DC 20007                      $30.40
Express Mail PO-ADD
  Serial Number   EQ493064165US
  Next Day Noon  / Normal
  Delivery
  Return Receipt (Green Card)            $1.75
  Customer Postage                     -$30.40
  Subtotal:                              $1.75
                                       ========
                     Issue PVI:           $1.75

Total:                                   $32.15

Paid by:
Cash                                     $35.00
Change Due:                              -$2.85

Bill#:  1000801024364
Clerk:  19

— All sales final on stamps and postage. —
  Refunds for guaranteed services only.
        Thank you for your business.
              Customer Copy
```