

**Embassy of the
Federal Republic of Germany
Washington**
Botschaft der
Bundesrepublik Deutschland

Letter Ref. RK 507.12

Washington, DC, December 15, 2005

United States District Court,
District of Columbia
333 Constitution Avenue, N.W., room 4311
Washington, D.C. 20001

Dear Madam, dear Sir,

please find attached the verbale note 200/05 to the Department of State concerning case no. 1:05CV02338. RMU

Sincerely,

Thomas Pröpstl
Consul General



**Embassy of the
Federal Republic of Germany
Washington**
Botschaft der
Bundesrepublik Deutschland

Letter Ref. RK 507.12

## *Note Verbale 200 / 05*

The Embassy of the Federal Republic of Germany presents its compliments to the Department of State and has the honor to return the attached subpoena and the statement of claim (case No. 1:05CV02338). The documents arrived by mail at the Embassy.

The attempt to serve the Embassy with administrative or judicial documents intended for a sovereign state represents a breach of Article 22 of the Vienna Convention on Diplomatic Relations of April 18, 1961. Moreover, the act impinges on the foreign sovereign immunity of the Federal Republic of Germany for the underlying facts of the case are of a sovereign nature (acta iure imperii). The documents therefore may not be served to the Embassy

The Embassy of the Federal Republic of Germany avails itself of this opportunity to renew to the Department of State the assurances of its highest consideration.

Washington, DC, December 15, 2005

L.S.



U.S. Department of State
Office of Austrian, German
and Swiss Affairs, Room 4228
2201 C-Street, N.W.
Washington, D.C. 20520

cc:
United States District Court,
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001