UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAROLD WILLIAM GUTCH** | \| |
| Plaintiff, | \| |
| v. | \|    05 CV 02338 (RMU) |
| **FEDERAL REPUBLIC OF GERMANY,** | \| |
| Defendant. | \| |

### APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the Federal Republic of Germany.

Dated: January 3, 2006

                                            /s/Jeffrey Harris
                                            Jeffrey Harris, Esq., Bar # 925545

                                            RUBIN, WINSTON, DIERCKS, HARRIS &
                                                   COOKE, LLP
                                            Sixth Floor, 1155 Connecticut Avenue, N.W.
                                            Washington, D.C. 20036
                                            (202) 861-0870

### CERTIFICATE OF SERVICE

    I certify that the above Appearance was served by First Class United States Mail, postage, postage prepaid, on January 3, 2006 to the Plaintiff:

                                  Harold William Gutch
                                  Isarstrasse 66
                                  93057 Regensburg
                                  Germany

                                  /s/Max Riederer von Paar