UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD WILLIAM GUTCH, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL REPUBLIC OF GERMANY, <br><br> Defendant. | 1:05-cv-2338 (RMU) |

### [PROPOSED] ORDER

This cause came to be heard on the motion to dismiss of Defendant Federal Republic of Germany.  The Court, having considered the Complaint, the memoranda submitted by the parties in support and opposition to the motion, and it appearing to the Court after due deliberation that:

   a)  the Court lacks personal jurisdiction over the Federal Republic of Germany; and

   b) service of process upon the Federal Republic of Germany was insufficient;

   IT IS ORDERED that the Federal Republic of Germany's Motion to Dismiss the Complaints is GRANTED.


Dated_____          _____
                                United States District Judge

Copies to:

<u>By ECF</u>
Jeffrey Harris, Esq.
Max Riederer von Paar
RUBIN, WINSTON, DIERCKS, HARRIS &
    COOKE, LLP
Sixth Floor, 1155 Connecticut Avenue, N.W.
Washington, D.C. 20036

<u>By Mail</u>

Harold William Gutch
Isarstrasse 66
93057 Regensburg
Germany