UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Harold William Gutch

v.

Civil Action No 05 2338 RMU

The Federal Republic of Germany

AMENDMENT
to Return of Service/Affidavit of Service

I, Dr. Ulrike F. Gutch, hereby transmit the green card acknowledging service and containing the original signature of the person who signed for the summons and complaint. The printed version of the name reveals it to be "SCHULTHEISS" (and not "G.Schmlus" as deciphered by the post office in its verification).

I hereby repeat my declaration that on the 7th of December 2005, I mailed a copy of the summons and complaint via Express Mail to the Embassy of the Federal Republic of Germany.

[Domestic Return Receipt card attached, showing:
- Article Addressed to: Embassy of the Federal Republic of GERMANY, 4645 Reservoir Rd., N.W., Washington DC 20007-1998
- Received by: SCHULTHEISS
- Service Type: Express Mail
- Article Number: 4930 64165 US
- RECEIVED JAN 6 2006, NANCY MAYER WHITTINGTON, CLERK, U.S. DISTRICT COURT]

Ulrike F. Gutch
Altdorferstrasse 29
93105 Tegernheim
Germany
+49-9403-573