LAW OFFICES OF
# BURRIS & SCHOENBERG, LLP
A Partnership Including Professional Corporations

Wilshire-Bundy Plaza
12121 Wilshire Blvd., Suite 800
Los Angeles, California 90025-1168
Telephone: (310) 442-5559 Facsimile: (310) 442-0353
Internet: http://www.bslaw.net

CLIENT MATTER NO.
8500.001

E-MAIL
randols@bslaw.net

August 12, 2004

Dr. Ulrike F. Gutch
93102 Tegernheim
Altdorferstrasse 29
Germany

Re:   German Retroactivity Matter

Dear Dr. Gutch:

Thank you for your letter. Unfortunately, I do not have any expertise in the area that your claim concerns and I would not know where to begin. As you certainly will understand, I have my hands full withe the Altmann case and other pending matters, and therefore I sadly cannot spend the time to properly evaluate your case. I apologize and thank you again for writing me.

Very truly yours,

E. Randol Schoenberg

ERS:dmb
Enclosures

# HALL, DAVID AND JOSEPH, P.A.

ATTORNEYS AT LAW
PENTHOUSE
1428 BRICKELL AVENUE
P.O. BOX 01 9113

MIAMI, FLORIDA 33131-9113

TELEPHONE 305 374-5030
FACSIMILE 305 374-5033
TOLL FREE 800 376-5030
www.hdjlaw.com

ANDREW C. HALL
CHRISTOPHER M. DAVID
ALLAN A. JOSEPH*
ADAM S. HALL
ADAM J. LAMB

KATHRYN A. MEYERS**
JUSTIN ARNOLD
STACEY H. COHEN***

\* ALSO ADMITTED IN COLORADO AND WASHINGTON, D.C.
\*\* ALSO ADMITTED IN NEW YORK
\*\*\* ALSO ADMITTED IN CALIFORNIA

OF COUNSEL
ALLAN J. HALL**

\*\* ALSO ADMITTED IN GEORGIA

December 21, 2004

Dr. Ulrike F. Gutch
Altdorferstrasse 29
93105 Tegernheim
Germany

Dear Dr. Gutch:

I have reviewed the materials that you sent to me. The case seems very exotic and unusual. However, the Supreme Court's ruling in *Sosa* concerning the Alien Tort Claims Act, which you have recognized in your analogy to victims while acting as ambassadors, did not eliminate the most significant problem of all-- that this claim is addressed to act involving taxation by a foreign sovereign nation.

A suit against a foreign sovereign nation is barred under the doctrines of act of state and sovereign immunity and there is no jurisdiction, despite the language of the alien tort claims act, unless the case falls under one of the exceptions listed in the foreign sovereign immunities act, 28 U.S.C. § 1605. Illegal and unfair taxation of an American citizen while abroad does not fall within any of the enumerated exceptions.

Therefore, while I am certainly taken with a desire to help your son's plight, I cannot be of any assistance because of the position stated above.

I am returning the materials that you sent to me. I wish a very happy holiday season. Please do not be unduly discouraged by my view. That is only my opinion. Perhaps another lawyer and the Courts will disagree,

Sincerely,

HALL, DAVID and JOSEPH, P.A.

Andrew C. Hall

:clm
Encs. (as stated)

# centerforconstitutionalrights

666 broadway new york, ny 10012
t 212 614 6464 f 212 614 6499 www.ccr-ny.org

Dear Friend,

    We have received your materials and request for legal assistance. Unfortunately, we are unable to assist you in your case.

    The Center for Constitutional Rights (CCR) does not provide general legal services to individuals, but handles only a limited docket of cases. CCR accepts a restricted number of cases in which it appears that the litigation will advance the law in a positive direction, empower both poor communities and communities of color, and guarantee the rights of those with the fewest protections and least access to legal resources. While your case may raise interesting and important issues, CCR's small force of attorneys and staff does not have the ability to give your case the individualized attention it needs given its current caseload.

    We also regret that we are unable to give you a more substantive response to your inquiry or to make a referral to other sources of legal assistance. We receive many requests for assistance on a daily basis. For CCR attorneys to devote the time to analyze and make a meaningful response to each request, they would have to stop representing their present clients. These days, with the availability of the internet and libraries, most people are able to find the organizations that provide relevant legal services in their areas or can ask a friend to help them locate such organizations

    We appreciate the time you took to send us your inquiry. We hope that you are successful in locating the assistance that you need. If you have sent us any original documents, they are being returned with this letter.

                                Sincerely,

                                CCR Intake Committee

