## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAROLD WILLIAM GUTCH, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:  05-2338 (RMU) |
| | : | |
| v. | : | Document Nos.:   5, 7 |
| | : | |
| FEDERAL REPUBLIC OF GERMANY, | : | |
| | : | |
| Defendant. | : | |

### ORDER

#### GRANTING THE DEFENDANT'S MOTION TO DISMISS AND DENYING THE PLAINTIFF'S MOTION FOR LEAVE TO PERFECT SERVICE OF PROCESS

For the reasons stated in this court's memorandum opinion separately and contemporaneously issued this 27th day of July 2006, it is hereby

**ORDERED** that the defendant's motion to dismiss is **GRANTED**, and it is

**FURTHER ORDERED** that the plaintiff's motion for leave to perfect service of process is **DENIED**.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge