**RECEIVED**

AUG 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court for the District of Columbia

Case Number 05 CV 02338 (RMU)

Harold William Gutch
pro se

Plaintiff,

NOTICE OF APPEAL

v.

The Federal Republic of Germany

Defendant.

Notice is hereby given that Harold William Gutch in the above named case hereby appeals to the United States Court of Appeals for the District of Columbia from an Order granting [5] the defendant's motion to dismiss for lack of jurisdiction, denying [7] the plaintiff's motion to amend/ correct, and finding as moot [7] plaintiff's motion to appoint counsel, signed by Judge Ricardo M. Urbina on 27 July 2006.

24 Aug 2006

Harold William Gutch
Isarstrasse 66
93057 Regensburg
Germany--