**RECEIVED**

SEP 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case 1:05-cv-02338-RMU                                              Filed 08/25/2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAROLD WILLIAM GUTCH

                           Plaintiff,                   05 CV 02338 (RMU)

v.

FEDERAL REPUBLIC OF GERMANY

                           Defendant.

**Motion for Extension of Time**

In case filing of notice of appeal on 24 Aug 2006 of plaintiff to Order of 27 July 2006 was not in due time plaintiff hereby respectfully moves the court to extend the time to file the notice of appeal for the period it took. It seems to plaintiff that such extension is provided by Federal Rules of Appellate Procedure, Title I, Rule 4 (a)(5).

Respectfully submitted,

*[signature]*
Harold Gutch
Isarstraße 66
93057 Regensburg

Certificate of Service

I certify that the above motion was served by First Class German Mail, postage, postage prepaid, on 25 August 2006 to defendant's attorneys: Jeffrey Harris, Esqu., Rubin, Winston, Diercks, Harris & Cooke, LLPO, Sixth Floor, 1155 Connecticut Ave., N.S. Washington, D.C. 20036.

*[signature]*

Case 1:05-cv-02338-RMU                                        Filed 08/25/2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAROLD WILLIAM GUTCH

                         Plaintiff,                   05 CV 02338 (RMU)
v.

FEDERAL REPUBLIC OF GERMANY

                         Defendant.

**Motion for Extension of Time**

In case filing of notice of appeal on 24 Aug 2006 of plaintiff to Order of 27 July 2006 was not in due time plaintiff hereby respectfully moves the court to extend the time to file the notice of appeal for the period it took. It seems to plaintiff that such extension is provided by Federal Rules of Appellate Procedure, Title I, Rule 4 (a)(5).

Respectfully submitted,

………………………………..
Harold Gutch
Isarstraße 66
93057 Regensburg

Certificate of Service

I certify that the above motion was served by First Class German Mail, postage, postage prepaid, on 25 August 2006 to defendant's attorneys: Jeffrey Harris, Esqu., Rubin, Winston, Diercks, Harris & Cooke, LLPO, Sixth Floor, 1155 Connecticut Ave., N.S. Washington, D.C. 20036.

………………………………….

Case 1:05-cv-02338-RMU                                              Filed 08/25/2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAROLD WILLIAM GUTCH

                     Plaintiff,                05 CV 02338 (RMU)
v.

FEDERAL REPUBLIC OF GERMANY

                     Defendant.

**Motion for Extension of Time**

In case filing of notice of appeal on 24 Aug 2006 of plaintiff to Order of 27 July 2006 was not in due time plaintiff hereby respectfully moves the court to extend the time to file the notice of appeal for the period it took. It seems to plaintiff that such extension is provided by Federal Rules of Appellate Procedure, Title I, Rule 4 (a)(5).

Respectfully submitted,

……………………………………
Harold Gutch
Isarstraße 66
93057 Regensburg

Certificate of Service

I certify that the above motion was served by First Class German Mail, postage, postage prepaid, on 25 August 2006 to defendant's attorneys: Jeffrey Harris, Esqu., Rubin, Winston, Diercks, Harris & Cooke, LLPO, Sixth Floor, 1155 Connecticut Ave., N.S. Washington, D.C. 20036.

……………………………………

Case 1:05-cv-02338-RMU                                             Filed 08/25/2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAROLD WILLIAM GUTCH

                        Plaintiff,                    05 CV 02338 (RMU)

v.

FEDERAL REPUBLIC OF GERMANY

                        Defendant.

**Motion for Extension of Time**

In case filing of notice of appeal on 24 Aug 2006 of plaintiff to Order of 27 July 2006 was not in due time plaintiff hereby respectfully moves the court to extend the time to file the notice of appeal for the period it took. It seems to plaintiff that such extension is provided by Federal Rules of Appellate Procedure, Title I, Rule 4 (a)(5).

Respectfully submitted,

………………………………..
Harold Gutch
Isarstraße 66
93057 Regensburg

Certificate of Service

I certify that the above motion was served by First Class German Mail, postage, postage prepaid, on 25 August 2006 to defendant's attorneys: Jeffrey Harris, Esqu., Rubin, Winston, Diercks, Harris & Cooke, LLPO, Sixth Floor, 1155 Connecticut Ave., N.S. Washington, D.C. 20036.

………………………………..