IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

---

HAROLD WILLIAM GUTCH

Plaintiff,

v.                                                          Civil Action No. 05-23338 (RMU)

FEDERAL REPUBLIC OF GERMANY

Defendant.

---

COMPLETION OF HAROLD GUTCH'S REPLY TO GERMANY'S
OPPOSITION OF 24 AUG 2006

1. pgs. 4-5 of opposition: Rule 60(b)(1) applies in the present case if "subsequent" does not mean the decision has to be later than the respective order but refers to court level. *Dostal v. Haig*, 652 F.2d. 173 (1981) *US Digest* 1979, pp. 787-90 and *Dostal v. Vance, Dostal v. Vance*, civil case No. 79-1964 (file ref no. taken from J.J. Stern. Hudgment in Berlin, 1984) which case being rejected by district court Washington, D.C. was carried to Court of Appeals which court rejected it unanimously.

2. at page 7: It is true that throughout the whole complaint (*see* Compl. 12-23 and all official Allied declaration that they "retained" their rights and responsibilities concerning Berlin, *see* also Compl. Nos. 72-94) the difference between Berlin, occupied region until 1990, the then Federal Republic of Germany, "West-Germany", independent since 1955, and the then Democratic

1

Republic of Germany, "East-Germany", independent since 1958 was made clear. It seems however that the precise indication that these three regions had different governments until 1990 and that "Germany with a central government" did not exist until 1990 but only "Germany as a geographical conception" and that there can't be retroactive sovereignty on something that did not exist was completely new. At least Germany's attorney still display profound astonishment and disbelief about the fact that the sovereign Germany of today does not include retroactive sovereignty on Berlin from 1945-1990 for the fact that during that time Berlin was under Allied sovereignty. You can not retroactively impose on the sovereignty of another Power. This fact seems completely new and utterly strange to them, so it must be taken as new and Gutch can claim to have "provided any previously undisclosed facts "so central to the litigation that it shows the initial judgment to be manifestly unjust." "(quoting Germany's opposition pg. 7). There are books on the occupation of Berlin and it would be advisable if Germany's attorneys consulted them, as they obviously didn't bother to read the evidence material on the occupation of Berlin the complaint offers, which material consists mainly in published Allied declarations. There is also for example material from highest US authority, the 4 official letters from Headquarters United States European Command, the highest military authority in Europe (not only highest US military authority in Europe, but highest European military authority generally) in enclosures 52-55 of the complaint, which letters are meanwhile before the court in properly certified copies, mentioning the occupation of Berlin: "The authorization was to practice law for the duration of the occupation which ended in Berlin a little over two years ago." Letter of 20 November 1992, in enclosure 52 of complaint. You would expect that with such evidence at least the occupation of Berlin is not disputed. And occupation means that there is an occupation power in that region which further is there because it wants to exercise and exert certain rights. If the Germany before

1990 is the same as the Germany after 1990, why do the four Allies come together and proclaim in Art. 7,2 of the "Two Plus Four Settlement" "The united Germany shall have accordingly full sovereignty over its internal and external affairs". What does the "accordingly" refer to, if Germany was same before this settlement as it was afterwards?

3. Gutch's argument in "motion for reconsideration" is not on the merits but on the jurisdiction in the case that is the subject-matter jurisdiction of the district court or in other words the waiver of sovereignty of Germany being present, that is it is a reaction on the order which denies exactly this. Admittedly this is difficult to recognize if one knows nothing about the occupation of Berlin and the status of the Allies there and if the submission is made by a person not legally trained and not a native speaker of the English language, as is the case here. The "motion for reconsideration" points at pgs. 8 ff at the United States Sector Commandant's certificate in the German criminal judgment (which will be transmitted to court as soon as possible in properly certified copy) of the German criminal trial that was the parallel suit to the civil suit. The US Mission, Berlin which issued the certificate as oral certificate in diverse hearings of the criminal trial is the Office of the U.S. Sector Commandant, that is the U.S. Mission's statements are the "certificate of the US Sector Commandant". This certificate of the Sector Commandant in the criminal judgment is clearly an "implicit waiver of immunity": Berlin subjected itself in a preceding suit in the same matter to the opinion of the Sector Commandant.

3. Motion to hear an expert

As it is obviously difficult to understand what occupation implies and therefore to recognize what this case is about, it would be best if an expert on Berlin occupation could be admitted. If the demand for an expert requires motion Gutch hereby respectfully moves this court to hear an

expert on the occupation of Berlin. As Gutch does not know if he has to provide for one or if the court does this (in Germany it is exclusively up to the court) Gutch respectfully moves this court to specify how to proceed here.

4. at page 9 of Germany's opposition: A reconsideration of the Court's July 27, 2006 order is necessary to prevent a manifest injustice. Is it not manifest injustice, that the deceased Kobre was endowed in 1951 by his government with an immunity status of highest dignity and that concerning this status there is a certificate of the U.S. Sector Commandant in Berlin which certificate is binding on all German authorities stating that as long as that status existed no German jurisdiction can be exercised, and that though it was proven that this status persisted as long as Kobre lived, a German court exercised retroactive jurisdiction on Kobre? Is it not manifest injustice that all the evidence proving Kobre's status was suppressed by the German court and in addition to this the status was declared as "immaterial" though the certificate of the Sector Commandant states that the status is of vital importance and that nothing but the status counts. Is it not manifest injustice that a non-valid military agreement was applied to the case by the German court? Is it not manifest injustice, that the deceased was assessed for over thirty years retroactively though German law provides only for retroactive assessment of 5 years. Is it not manifest injustice that because of this illegal retroactive jurisdiction of Germany the heir of Kobre is in debts in the million to the Berlin finance authorities and not able to lead a normal life. Is it not manifest injustice that Gutch has to carry the complaint before a United States court though it is actually the U.S. government's responsibility to protect this status as it granted it to the deceased, for after all why grant a status if you don't want to protect it? Is it not injustice that Gutch though not being legally trained and not being a native speaker of English has to bring the

matter before the U.S. court by himself whereas Germany has at its disposition a whole office of the best attorneys? And is it not unjust that the judge is not even aware of what the occupation of Berlin implies and what status his own government possessed in occupied Berlin? If all this is not injustice, then Gutch does not know what is. For we are not talking about a smashed car but about two whole lives, Kobre's and Gutch's, which are ruined if justice is not spoken and we are not talking about obscure evidence but about evidence material which consists for the greater part in officially published documents, declarations, laws, directives and we are talking about evidence material taken from official court files of an earlier trial, we are further talking about historical facts and official legal status on which there are books and on which experts can be heard. It only takes the trouble to sit down and read this material and inform oneself on the rights the Allies had in occupied Berlin or to admit an expert in these matters. But that is obviously too much to ask. And that is a manifest injustice for justice cannot be spoken without taking that trouble.

31 Aug 2006                                  Respectfully submitted,

                                             *Harold Gutch* (signature)

                                             Harold Gutch
                                             Isarstrasse 66
                                             93057 Regensburg, Germany

Certificate of Service

I certify that the above completion to Gutch's reply to Germany's opposition to plaintiff's motion of Aug. 24, 2006 was served by First Class German Mail, postage prepaid, on August 31, 2006 to Germany's attorneys Rubin, Winston, Diercks, Harris & Cooke, L.L.P., Sixth Floor, 1155 Connecticut Avenue, N.W., Washington, D.C., 20036, U.S.A.

*Harold Gutch* (signature)