Case 05-cv-02338-RMU

RECEIVED
SEP 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

HAROLD WILLIAM GUTCH
      Plaintiff,

v.                                                    05 cv 02338 (RMU)

FEDERAL REPUBLIC OF GERMANY
      Defendant.

---

Evidence material for determining foreign law

Evidence material for jurisdiction of US Sector Commandant

Attached is a photocopy of a letter of 14 November 1995 of the US embassy in Germany in the German language with translation into the English language.

This submission is in accordance with the provisions of Federal Rules of Civil Procedure, Rule 44.1: "A party who intends to raise an issue concerning the law of a foreign country shall give notice by pleadings or other reasonable written notice. The court, in determining foreign law, may consider any relevant material or source, including testimony, whether or not submitted by a party or admissible under the Federal Rules of Evidence."

Properly certified copy of above letter of US embassy of 14 November 1995 and translation properly certified by sworn court translator will be transmitted as soon as possible. For the time

1

Case 05-cv-02338-RMU

being Gutch hereby solemnly swears that this attached copy is a true copy of the original letter and the attached translation is a true translation of it.

Respectfully submitted          4 September 2006

*Harold Gutch* (signature)

Harold Gutch
Isarstrasse 66
93057 Regensburg
Germany

## Certificate of Service

I certify that the above evidence and accompanying letter were served to Germany's attorneys Jeffrey Harris, RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP, Sixth Floor, 1155 Connecticut Avenue, N.W., Washington, D.C. 20036, U.S.A., by First Class German Mail, postage prepaid, on September 4, 2006.

*Harold Gutch* (signature)

Harold William Gutch



*Embassy of the United States of America*

Konsularabteilung
Deichmanns Aue 29

53179 Bonn

14. November 1995

Frau
Dr. Ulrike Gutch
Isarstr. 66

93057 Regensburg


Sehr geehrte Frau Dr. Gutch,

wir haben Ihr Fax vom 20. September d. J. erhalten, in welchem Sie um Auskunft im Zusammenhang mit dem Todesfall eines Mitglieds der Alliierten Streitkräfte gebeten haben.

Nach Rücksprache mit den amerikanischen Militärbehörden (USAREUR) sind wir zu folgendem Schluß gekommen: Sollte der Verstorbene zum Zeitpunkt seines Todes Mitglied der Alliierten Streitkräfte in Berlin gewesen sein, würde er immer noch unter die Gerichtsbarkeit des Sektorenkommandanten, gemäß des Alliierten Kommandantura Gesetzes Nr. 7, fallen. Es scheint als hätten Sie einen berechtigten Standpunkt in einem Rechtsstreit mit dem Berliner Nachlaßgericht.

Leider hat die amerikanische Regierung nach dem Abzug der U.S. Streitkräfte aus Berlin und dem Ende der Besatzungszeit keinerlei Einfluß mehr auf die Berliner Behörden, um diesen Fall zu unterstützen.

Es tut mir leid, daß wir in dieser Angelegenheit nicht mehr tun können.

Mit freundlichen Grüßen

James A. Wolfe, II
Amerikanischer Vizekonsul

*[certified tranlation from the German language]*

Embassy of the United States

Consular Section
Deichmanns Aue 29
53179 Bonn

14 November 1995

Frau
Dr. Ulrike Gutch
Isarstr. 66
93057 Regensburg

Dear Dr. Gutch,

We received your fax of 20 September in which you asked for information in connection with the death of a member of the Allied Forces.

After consulting the American military authorities (USAREUR) *[US Army Europe]* we arrived at the following conclusion. If the deceased was a member of the Berlin Allied Forces at the time of his death he would still fall within the jurisdiction of the Sector Commandant according to Allied Kommandatura Law No 7. You seem to have a justified standpoint in any dispute with the Berlin court of probate.

Unfortunately now that the American Forces have left Berlin and following the end of the occupation the American Government cannot exert any power on the Berlin authorities in order to support this case.

We are sorry we cannot do more in this matter.

Yours truly
[signed] [unreadable]
James A Wolfe
American Vice Consul