U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT

SEP 1 1 2006

RECEIVED

Form 6

FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis

**06-7151**

UNITED STATES COURT OF APPEALS FOR THE ~~FEDERAL~~ DISTRICT OF COLUMBIA CIRCUIT

HAROLD GUTCH v. FEDERAL REPUBLIC OF GERMANY

No. 05 CV 02338 (RMU)

## Motion and Declaration for Leave to Proceed in Forma Pauperis

INSTRUCTIONS: If you do not pay the fee, file this completed form with your petition for review or notice of appeal within 14 days of the date of docketing. Complete all questions in this application and then sign it. Do not leave any blanks; if the answer to a question is "0", "none", or "not applicable "(N/A), write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case docket number, and the question number. Failure to fully answer the questions may result in a denial of the motion.

Petitioner/Appellant hereby moves for leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, in this case and submits the following declaration in support thereof:

I, HAROLD WILLIAM GUTCH, am the Petitioner/Appellant in the above-entitled case. In support of my motion to proceed on appeal without being required to pay the docketing fee, I state that I am unable to pay the fee because of my poverty; that I believe that I am entitled to redress; and that the issues which I desire to present on appeal are the following:

1. Whether the unconditional surrender of Germany after WW II constitutes a waiver of immunity of Germany?

I further declare that the responses which I have made to the questions and instructions below relating to my ability to pay the docketing fee are true.

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.— | $ 0.— | $ 0.— | $ am not married |
| Self-employment | $ 0.— | $ 0.— | $ 0.— | $ |
| Income from real property (such as rental income) | $ 0.— | $ 0.— not married | $ 0.— | $ |

Harold Gutch

102

Form 6

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

|  | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
|  | You | Spouse | You | Spouse |
| Interest and dividends | $ 0,— | $ not | $ 0,— | $ Jam |
| Gifts | $ 0,— | $ appli- | $ 0,— | $ not |
| Alimony | $ 0,— | $ calle | $ 0,— | $ married |
| Child support | $ 0,— | $ not | $ 0,— | $ 0,— |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0,— | $ married | $ 0,— | $ 0,— |
| Disability (such as social security, insurance payments) | $ 0,— | $ 0,— | $ 0,— | $ 0,— |
| Unemployment payments | $ 0,— | $ 0,— | $ 0,— | $ 0,— |
| Public assistance (such as welfare) | $ 0,— | $ 0,— | $ 0,— | $ 0,— |
| Other (specify) _____ | $ 0,— | $ 0,— | $ 0,— | $ 0,— |
| **Total monthly income:** | $ 0,0 | $ 0,— |  |  |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is pay before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | None | None | 0,— |
| None | None | None | 0,— |
| None | None | None | 0,— |
| None | None | None | 0,— |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is pay before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | None | None | 0,— |
| None | None | None | 0,— |
| None | None | None | 0,— |
| None | None | None | 0,— |

4. Are you presently incarcerated? ____ Yes  X  No  If so, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

*Harold Burke* (signature)

103

Form 6

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

5. How much cash do you and your spouse have? $ _$110,-_

Below, state any money you or your spouse have in bank accounts or in any other financial institution. State the average monthly balance.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | None | $ None | $ None |
| None | None | $ None | $ None |

6. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Town | nothing | None | | None | |

| Other assets | (Value) | Motor vehicle #1 Make, model & year: | Motor vehicle #2 Make, model & year: |
|---|---|---|---|
| None | | Value: None  Registration #: | Value: None  Registration #: |

7. State every person, business, or organization owing you or your spouse money, and the amount owed:

| Person, business or organization owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | None | None |

*Harold Cutts* (signature)

104

Harold William Gutch

v.                                                                                  05 CV 02338 (RM

Federal Republic of Germany

Further questions I wish to present on appeal:

2. Whether Berlin authorities' subjection under the Berlin U.S. Sector Commandant's earlier jurisdiction in this particular case and in the *Dostal* case constitutes an implicit waiver of sovereign immunity in matters concerning Allied interest in Berlin?

3. Whether a state that ceased to exist as a state with a central government for a period can claim retroactive sovereign immunity for the time that it did not exist?

4. Whether the international relationship between occupier and occupé is command and compliance to the command or agreement?

5. Whether any rights the Allies granted to occupied authorities during the course of the occupation of Berlin implies rights or jurisdiction on the Allies themselves?

6. Whether the so-called "Two Plus Four Settlement" in which Germany was reunited applies retroactively?

7. Whether the sentencing of a person on provisions of NATO SOFA creates a private cause of action under the provisions of this statute?

*Harold Gutch* (signature)

05 cv 02338 (RMU)

```
U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT

SEP 1 1 2006

RECEIVED
```

Please attach the enclosed sheet to my earlier motion and declaration to this court for leave to proceed in forma pauperis. It seems to be missing with my earlier filed motion.

*Harold Gutch*

Harold Gutch
Isarstrasse 66
93057 Regensburg

05 CV 02338 (RMU)

Form 6

FORM 6.  Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)

14. Have you ever filed a motion for leave to proceed in forma pauperis in any other case in this court? ___ Yes  X No   If yes, state the name and docket number of that case.

15. State the address of your legal residence: Isarstrasse 66 93057 REGENSBURG, Germany

Your daytime phone number: ( ) +49-9403-573

Your social security number: _____

Your age: 29   Your years of schooling: 20

You must sign and date the declaration under penalty of perjury.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury, under the laws of the United States, that my answer on this form are true and correct.

5 SEPT 06
Date

_____
Petitioner's/Appellant's signature

cc:

## ORDER OF THE COURT

The motion to proceed in forma pauperis is DENIED. The docketing fee must be paid within 14 days.

The motion to proceed in forma pauperis is GRANTED. Let the applicant proceed without prepayment of the docketing fee.

_____  _____
Circuit Judge      Date

_____  _____
Circuit Judge or Clerk     Date

107